IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:
Rafaela Nieves Del Valle

Debtor(s)

VAPR Federal Credit Union
Movant

Rafaela Nieves Del Valle
and CHAPTER 13 TRUSTEE,
Alejandro Oliveras Rivera

Respondent(s)

CASE NO. 08-08793 BKT

CHAPTER 13

11 USC 362 (d)

Relief from stay for cause

## MOTION FOR RELIEF FROM STAY
## IN ACCORDANCE TO 11 U.S.C. SECTION 362 (d)

TO THE HONORABLE COURT:

Comes now, VAPR Federal Credit Union, secured creditor and Movant herein, represented by the undersigned attorney who respectfully prays and states as follows:

1. Movant is the holder in due course of a duly executed conditional sales contract over a motor vehicle **Honda Fit Sport 2008** registered under number **3509915**, executed by debtor(s) on **November 27 2007** (*See* Exhibit A).

2. According to the provisions of the confirmed Plan dated **June 1st 2009** debtor(s) are scheduled to pay the pre-petition arrears on Movant's secured claim in the amount of **$0.00** through the Chapter 13 Trustee's Office and to continue making timely post-petition payments under the contract on its due date directly to the appearing creditor.

3. Notwithstanding said provisions of the Plan, as of today's date, debtor(s) shows **Five (5)** post-petition arrears on the conditional sales contract monthly

payment, specifically covering the installments corresponding to **April 2011 through August 2011**. Debtor's (s') non compliance with the Bankruptcy Code requirements, in regards to the terms of the confirmed Plan, is effectively causing undue harm to Movant's secured claim's holder status rights. Therefore, Movant seeks the relief of the stay order, since its interest over the good mentioned in averment number one (1) is being harmed by the continuance of the same without receiving payments as entitled by law.

4. Movant argues that considering what is herein above stated, cause exists for granting relief from the stay pursuant to section 362 (d), since debtor has failed to make post-petition payments accordingly.

5. Included as Exhibit (B), is Movant's Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and the Department of Defense Manpower Data Center Military Status Report.

**WHEREFORE**, Movant prays for an Order granting the Relief from Stay as requested and authorize it to obtain possession over property through the appropriate local court procedure.

**NOTICE TO ALL PARTIES** is herein given that if no opposition is filed within fourteen days from the service of the notice of the instant motion the Court may enter an order granting the relief of the automatic stay as requested.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to debtor(s) attorney and to Alejandro Oliveras Rivera, Chapter 13 Trustee, and to all those who in this case have registered for receipt of notice by electronic mail..

In Caguas, Puerto Rico, on the 6 day of September, 2011.

**RAMOS & BAGUÉ LAW OFFICE**
Attorneys for VAPR Federal Credit Union
PO Box 306
Caguas, PR 00726-0306
Tels: (787) 502-8037, Fax No. (787) 653-6003
E-mail: ramosbague@gmail.com

/s/ Jessenia Ramos Talavera, Esq.
Jessenia Ramos Talavera, USDC PR 223607

/s/ Isayra Bagué Díaz, Esq.
Isayra Bagué Díaz, USDC PR 225114



**VAPR FEDERAL CREDIT UNION**

/ITEMIZED STATEMENT

Charter No. 6918
"Affiliated with
National Association
Federal Credit Union"

DEBTOR (S)   RAFAELA NIEVES ORTIZ        BANKRUPTCY #08-08793-BKT13

FILIND DATED   12/23/2008

| | |
|---|---|
| LOAN DESCRIPTION | BK 13 AUTO |
| MATURITY DATE | 07/27/2014 |
| ORIGINATION DATE | 03/10/1998 |

NEXT DUE   04/27/2011

| | |
|---|---|
| LOAN BALANCE | $12,446.12 |
| CURRENT TOTAL PAYMENT | $430.54 |
| CURRENT PRINCIPAL DUE | $2152.70 |
| TOTAL LATE FEES DUE | $107.65 |
| OTHER FESS | $ 500.00 |
| NUMBER OF PAYMENTS DUE | 5 PAYMENTS |
| TOTAL ARREARS | $2,760.35 |

PO Box 33017
San Juan PR 00933-3017
Teléfono 787 764-3729, 787 773-7600
Facsímil 787 773-7611





**FEDERAL CREDIT UNION**

Contrato de Venta (Vehículo)

Núm. de Cuenta: 28320-24
San Juan, P.R., 11/27/2007

Núm. Licencia de Conducir: 0447356
Núm. Seguro Social: 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

**Comprador:**
Nombre: RAFAELA NIEVES ORTIZ
Dirección: PARCELAS CARMEN 44-A CALLE REINA
VEGA ALTA, PR 00692-0000

**Nombre y Dirección del Vendedor:** CELEDOCIO CRUZ
HONDA DE SAN JUAN Tel. 787-620-7446
CARR #2 RPTO CORREA KM 12.4
BAYAMON
Dirección Postal: PR 00956
LA MISMA
Dirección Física

3509915

NUEVO [X] USADO [ ]
Año: 2008
Marca: Honda
Modelo: FIT SPORT
Número de Motor o de Serie: JHMGD38698S014183
Tablilla: HEV081

**DESGLOSE DE LA CANTIDAD FINANCIADA**

1. Precio de Venta Contado:
   a. Vehículo: $18,995.00
   b. Accesorios Adicionales:
      1. Radio: $
      2. Acondicionador de Aire: $
      3. Otros: $
   TOTAL: $18,995.00

2. Menos: Pronto Pago
   a. Efectivo: $
   b. Otros descuentos: $
   c. Automóvil Tomado en Cuenta (Cantidad Neta Acreditada): $
   Año ___ Marca ___
   TOTAL: $

3. Balance Adeudado del Precio al Contado: $18,995.00

4. Más
   a. Seguro de propiedad sobre el equipo: $2169.00
   b. Seguro de Vida de Crédito: $
   c. Derechos de inscripción pagados a oficiales públicos: $

Cantidades pagadas a otras personas TOTAL: $2169.00

5. Balance de principal (Cantidad Financiada): $21,164.00
6. Cargos por financiamiento: $9,771.65
7. Balance Diferido (Total de Pagos): $30,935.65
   (Suma de partidas 5 y 6)

**INFORMACION SOBRE EL SEGURO DE PROPIEDAD**

Tipo: Póliza de Interés Exclusivo [ ] Doble [X] (Opcional) [ ]
Prima: $2169.00
Firma del Comprador: x RNO

Seguro obtenido por: el Vendedor [ ] el Comprador [X]

| TASA DE PORCENTAJE ANUAL | CARGO POR FINANCIAMIENTO | Cantidad Financiada | Total de Pagos | Precio Total de Venta |
|---|---|---|---|---|
| 13.5000 % | $9,771.65 | $21,164.00 | $30,935.65 | $30,935.65 |

El plan de pagos será según se indica abajo:

| Núm. de Plazos | Cantidad de Pago |
|---|---|
| 155 | $198.32 |
| 1 | $196.05 |

En 156 Pagos
[ ] Semanales [X] Bi-Semanales [ ] Quincenales [ ] Mensual
Comenzando en 12/14/2007

Suscrito hoy 27 de November de 2007, en San Juan, Puerto Rico.

A1#2 Rev-10/2007

(Firma del Comprador)
(Firma del Vendedor) BELLA INTERNATIONAL CORP. D/B/A HONDA DE SAN JUAN

## AVISO DE CESIÓN

Estimado Cliente:

En cumplimiento con las disposiciones del Artículo 209 de la Ley Núm. 68 del 19 de junio de 1964, según enmendada, por la presente se le notifica que nos ha sido cedido el Contrato de Venta al por Menor a Plazos que surge de la faz de este documento, en el cual usted compareció como Comprador y compareció **HONDA DE BAYAMON** como Vendedor de la mercancía que se describe en el mismo, bajo los términos allí expresados.

"AVISO"

1. Si el adjunto estado de cuenta de su transacción con el Vendedor no fuera correcto en todos sus extremos; o
2. Si la mercancía descrita en este aviso o en sus anexos no le hubiera sido entregada a Usted por el Vendedor o no estuviera en la actualidad en su poder; o
3. Si el Vendedor no hubiera cumplido todas sus obligaciones para con Usted, deberá notificarlo al Cesionario, por escrito, mediante correo certificado con acuse de recibo, a la dirección indicada en este aviso dentro de los 20 días siguientes a la fecha en que tenga conocimiento de algún hecho que pueda dar lugar a una causa de acción o defensa que surja de la venta y que pudiera Usted tener en contra del Vendedor.
4. Cualquier reclamación al Vendedor debe ser referida a VAPR Federal Credit Union, P.O. Box 33047 Veteran Plaza Station, San Juan, Puerto Rico 00933-0017

Recibido en **11-27-07** X. _[firma]_
Fecha         Firma del Comprador

Muy Atentamente,
VAPR Federal Credit Union
Cesionario

### CONDICIONES Y TERMINOS ADICIONALES

**LIMITACIONES RESPECTO AL EQUIPO:**

A. Usted se obliga a conservar el equipo en perfecta condición, con la excepción del desgaste natural, y a cumplir con todas las leyes, reglamentos u órdenes de cuerpos gubernamentales que sean aplicables al equipo o sus usos.

B. Usted no quedará relevado de las obligaciones asumidas bajo este Contrato por la avería, pérdida, daño o destrucción del equipo aquí vendido.

C. Usted se obliga a no dar en prenda, hipotecar, dar en garantía o gravar de manera alguna su interés en este Contrato o sobre el equipo a que éste se refiere, ni podrá remover el mismo de Puerto Rico.

D. Usted se obliga a no ceder su interés en este Contrato o en el equipo a que éste se refiere, ni a traspasar la posesión del mismo, excepto con el consentimiento escrito del Vendedor. La venta o cesión de su interés en el Contrato o equipo no le liberará a usted de sus obligaciones bajo este Contrato, excepto con el consentimiento escrito a la sustitución del deudor. La situación del deudor será consentida únicamente con la aprobación crediticia por escrito del vendedor, todo de conformidad con el inciso (7) Artículo 18 de la Ley 8 del 5 de agosto de 1987 "Ley para la Protección de la Propiedad Vehicular".

E. Usted se obliga a pagar puntualmente todas las contribuciones, derechos de licencia y cualquier otra obligación o penalidad impuesta por cualquier cuerpo gubernamental sobre el equipo o uso del mismo, así como cualquier cuenta por gastos en relación a dicho equipo. También se obliga a mantener el equipo libre de reclamaciones, embargos, o gravámenes de cualquier clase. Si dejase de pagar obligación o gasto alguno, el Vendedor podrá obtener la liberación o entrega del equipo mediante pago, y las cantidades así pagadas serán exigibles inmediatamente a usted. La indemnificación establecida en este párrafo sobrevivirá la terminación del Contrato.

**EN CASO DE INCUMPLIMIENTO:**

F. El vendedor podrá acelerar el vencimiento del balance adeudado bajo el Contrato y exigir el pago total de esa suma que será líquida y exigible desde ese momento, en cualquiera de las siguientes circunstancias:

1. Si usted dejase de pagar 3 plazos consecutivos;
2. Si usted dejase de pagar 1 o más plazos vencidos, si en 2 ó más ocasiones anteriores había dejado de pagar 2 ó más plazos consecutivos y en dichas ocasiones se había rehabilitado al pagar todos los plazos vencidos;
3. Si usted, habiendo dejado de pagar 1 o más plazos consecutivos, presenta un pago parcial de la suma vencida, y después de efectuar ese pago parcial, continúa pagando los plazos futuros a su vencimiento, pero sigue en mora con respecto al remanente de la suma vencida durante 3 plazos consecutivos, posteriormente a la fecha en que se efectuó el pago parcial;
4. Si usted dejase de cumplir con cualquiera otra de sus obligaciones bajo este Contrato;
5. Si el equipo queda sujeto a, o a juicio del Vendedor pudiese quedar sujeto, a cualquier gravamen; o si radicara un proceso voluntario o involuntario de quiebra por usted o en su contra, así como cualquier procedimiento de arreglo y transacción con sus acreedores, o que resulte en el nombramiento de un síndico o de depositario de sus bienes.

G. En cualquiera de las circunstancias anteriores, el Vendedor podrá optar por proceder al cobro judicial o extrajudicial de la deuda y podrá entablar una acción de reposesión del equipo en la forma prescrita por las leyes aplicables, o iniciar un procedimiento de cobro de dinero contra usted. Una vez el Vendedor haya tomado posesión del equipo, ya sea con su consentimiento o con la autorización de un tribunal, el Vendedor podrá revender el equipo en pública subasta o en venta privada, según sea el caso, con o sin aviso a usted y podremos licitar en tal venta. El producto de la venta se aplicará en el siguiente orden: primero, a satisfacer los gastos incurridos por el Vendedor por motivo de la reposesión y venta del equipo, incluyendo almacenaje, reparación, conservación, gastos, costes y honorarios de abogados; segundo, a liquidar intereses devengados pero no pagados bajo este Contrato, y tercero, a liquidar cualquier otra suma adeudada bajo este contrato, incluyendo el remanente adeudado de la suma financiada. El sobrante, si alguno, será entregado a Usted.

H. Cualquier embargo dentro de una acción judicial en cobro de dinero, o venta de todo o parte del equipo que resulte de una acción judicial en cobro de dinero, no operará como descarga o liberación de su deuda hasta tanto usted haya hecho el pago total acordado en este Contrato.

I. Conforme a las disposiciones de ley aplicables, el Vendedor podrá hacer cumplir sucesiva o concurrentemente, uno o más de los remedios aquí previstos y dicha acción no le impedirá al Vendedor cualquier otro remedio que pueda tener a tenor con la ley.

J. En caso de radicación de acción judicial por el incumplimiento de este Contrato, usted vendrá obligado a pagar una cantidad por concepto de honorarios de abogados que no excederá la cantidad máxima establecida para este tipo de cargo en los reglamentos aplicables promulgados por la Oficina del Comisionado de Instituciones Financieras. Vendrá usted obligado además, a pagar las costas y gastos del caso.

Honorarios de Abogados: En caso de que este contrato fuese referido a un abogado que no sea empleado del tenedor para una acción de reposesión de los bienes que garantizan esta obligación o para su cobro por vía judicial, el Comprador pagará al Vendedor honorarios de abogados que serán como sigue:

a. Cincuenta dólares ($50.00) o el 5% del balance de la deuda o lo que sea mayor. Si el Comprador satisface la obligación luego de radicarse la acción judicial y mientras no se hayan publicado los edictos, éstos podrán ser cobrados en adición a las costas y honorarios correspondientes.

b. Cincuenta dólares ($50.00) o el 5% de las mensualidades vencidas y cobradas o lo que sea mayor si la acción judicial se convierte en litigio contencioso.

K. Cualquier Cesionario de este Contrato tiene el derecho a compensar, con o sin aviso a usted, cualquier deuda que surja de este Contrato mediante la aplicación al pago de la misma de cualquier dinero perteneciente a usted que esté, o que en el futuro pudiese estar en posesión de dicho Cesionario.

**DISPOSICIONES GENERALES:**

L. Este Contrato podrá ser cedido por el Vendedor y así cedido, el Cesionario tendrá el derecho de ejercer todos y cualesquiera derechos, poderes, o discreciones del Vendedor bajo el mismo. Toda referencia al Vendedor en este Contrato debe entenderse como incluyendo al Cesionario.

M. Ambas partes reconocen que este Contrato constituye todo el convenio entre ellos. Usted acepta que excepto lo que aparece del mismo, ninguna representación adicional sobre el equipo, o garantía tácita o expresa ha sido hecha a usted. Ninguna alteración, enmienda, o limitación a este Contrato tendrá efecto o vigor a menos que esté por escrito y debidamente firmada por las partes.

N. Cualquier prórroga en este Contrato no afectará las condiciones del mismo ni tendrá el efecto de relevarle a usted de sus obligaciones bajo el mismo.

O. El tiempo es de la esencia en este Contrato. La omisión o demora por parte del Vendedor de hacer uso de cualesquiera de los derechos concedidos en este Contrato no constituirá ni deberá interpretarse como una renuncia por parte del Vendedor de cualesquiera de los derechos que pueda tener bajo el mismo.

P. Si esta obligación fuese firmada por más de una persona y/o corporación o entidad como compradores, todos los acuerdos y obligaciones aquí contenidas se considerarán para todos los fines como obligaciones solidarias de cada uno de los firmantes. Toda referencia al "Comprador" o a "Usted" debe entenderse como incluyendo a todos los firmantes.

Q. Usted acuerda ceder al Vendedor cualquier suma de dinero a que tuviese derecho por devolución de prima no devengadas en caso de cancelación de cualesquiera de las pólizas de seguro obtenidas bajo este Contrato para ser aplicada por el Vendedor como abono a cualquier balance adeudado por usted bajo el Contrato, si lo hubiese. Usted autoriza a la compañía de seguro a hacer el pago de tal suma de dinero directamente al Vendedor, en el caso en que existiese un balance pendiente de pago bajo este Contrato.

R. En caso de cualquier reclamación, usted se somete a la jurisdicción y competencia de la sala del Tribunal General de Justicia de Puerto Rico del lugar donde reside el Comprador.

S. Los títulos de secciones utilizadas en este Contrato son sólo para propósitos de organización y conveniencia y no tendrá efecto alguno sobre el significado o interpretación de ninguna de sus cláusulas.

### GARANTIA DEL FIADOR SOLIDARIO

En consideración al otorgamiento de este Contrato por el Vendedor, el suscribiente por la presente garantiza solidariamente al Vendedor y su cesionario, VAPR Federal Credit Union, sus sucesores y cesionarios, el pago de todos los plazos especificados en el Contrato, más intereses y el cumplimiento de todos los términos y condiciones del Contrato por parte del Comprador. El suscribiente se obliga a pagar a VAPR Federal Credit Union, sus sucesores y cesionarios, cuando fuese requerido para ello, la totalidad del balance pendiente de pago bajo el Contrato, si en cualquier momento el Comprador dejase de cumplir con alguna de sus obligaciones o condiciones bajo este Contrato, sin obligación alguna de parte de VAPR Federal Credit Union, sus sucesores y cesionarios, de proceder primeramente contra el Comprador. La responsabilidad del fiador no se afectará por cualquier prórroga, transacción, indulgencia, arreglo o variación de las obligaciones incurridas por o con el Comprador o cualquier otra persona interesada. Tampoco se afectará por la pérdida, avería o destrucción del equipo vendido o por el traspaso o cesión de este Contrato, disponiéndose, sin embargo, que el fiador no estará obligado más de lo que viene obligado el Comprador bajo los términos del mismo.

Por la presente se renuncia al derecho de aviso de aceptación de esta garantía, de todo aviso, demanda o notificación de incumplimiento, aviso de la cantidad adeudada, protesto, requerimiento de pago, exclusión y remedios posesorios y al derecho de trasladar cualquier acción judicial de la Corte que primero adquiriese jurisdicción.

En **SAN JUAN**, Puerto Rico, **27** de **NOV** de **2007**    Testigo Fiador: _____

Fiador: _____

Department of Defense Manpower Data Center

Sep-07-2011 11:12:47



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| NIEVES DEL VALLE | RAFAELA | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

## *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:F3T38JR86G