UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

RAFAELA NIEVES DEL VALLE                                    CASE NO. 08-08793- ESL 13

DEBTOR(S)
*************************************/

NOTICE WITHDRAWING
"TRUSTEE'S MOTION TO DISMISS" DOCKET 56.

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully states and prays:

1. On September 26, 2011, the Trustee filed "**TRUSTEE'S MOTION TO DISMISS**" number in the present case (**dkt. 56**).

2. The Trustee hereby withdraw said motion.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest that have filed notices of appearance included in the service list attached to the original hereof.

In San Juan, Puerto Rico, this September 27, 2011.

**S/ALEJANDRO OLIVERAS RIVERA**
Alejandro Oliveras Rivera
STANDING Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Tel. (787) 977-3500 Fax (787) 977-3521

| 08-08793-BKT | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| JUAN O CALDERON LITHGOW*<br>PO BOX 1710<br>VEGA BAJA, PR 00694 -1710 | RECOVERY MANAGEMENT SYSTEM CORP.<br>C/O RAMESH SINGH<br>25 S.E. 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131 -1605 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936 -8308 | VAPR FEDERAL CREDIT UNION<br>RAMOS AND BAGUE LAW OFFICE<br>PO BOX 306<br>CAGUAS, PR 00726 -0306 |
| COOP A/C VEGA ALTA<br>PO BOX 1078<br>VEGA ALTA, PR 00692 -1078 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936 -8308 |
| SERGIO A. RAMIREZ DE ARELLANO<br>POPULAR CENTER SUITE 1133<br>209 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00918 -1009 | |
| RAFAELA NIEVES DEL VALLE<br>PARCELAS CARMEN<br>44A CALLE REINA<br>VEGA ALTA, PR 00692 | |

DATED: September 27, 2011

S/MARIO MATOS
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1 - CASE NO 08-08793-BKT