IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>RAFAELA NIEVES DEL VALLE<br><br><br><br>XXX-XX-5951<br><br><br><br>**Debtor(s)** | CASE NO. 08-08793 BKT<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON 09/28/2011 |

### ORDER

The trustee's withdrawal of the motion to dismiss (docket #57) is noted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 28 day of September, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA