IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 08-08793 BKT |
|---|---|
| Rafaela Nieves Del Valle<br>Debtor | CHAPTER 13 |

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

**COMES** now Creditor, VAPR Federal Credit Union, represented by the undersigned counsel and respectfully Alleges, States and Prays:

1. The appearing Creditor filed a "Motion for Relief from Stay" regarding the property which serves as collateral for loan number xxxxx28320.
2. Debtor has proceeded to cure all arrears therefore our grounds for relief have become moot.
3. VAPR Federal Credit Union wishes to withdraw the Motion for Relief from Stay without prejudice of filing for future relief as it may deem necessary.

**WHEREFORE,** it is respectfully requested of this Honorable Court to take notice of the above mentioned facts and allow the withdrawal of the appearing creditor's Motion for Relief from Stay without prejudice of requesting for future relief as it may deem just and proper.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Alejandro Oliveras Rivera Esq. US Trustee Monsita Lecaroz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED:**

    In Caguas, Puerto Rico this 5 day of October 2011.

/s/Jessenia Ramos Talavera
Jessenia Ramos Talavera, Esq.
USDCPR 223607
28103 Serenna
Caguas, PR 00727-3357
Tel. (787) 502-8037
Fax (787) 653-6003