IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>RAFAELA NIEVES DEL VALLE<br><br>    Debtor(s)<br>VAPR FEDERAL CREDIT UNION<br><br>    Movant<br>RAFAELA NIEVES DEL VALLE<br>ALEJANDRO OLIVERAS RIVERA, TRUSTEE<br><br>    Respondent(s) | CASE NO. 08-08793 BKT<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON 10/06/2011 |

## ORDER

VAPR Federal Credit Union's withdrawal of the motion for relief from stay (docket #62) is noted. Accordingly, the final hearing scheduled for 11/08/2011 at 9:00am is hereby vacated.

SO ORDERED.

San Juan, Puerto Rico, this 06 day of October, 2011.

Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    JUAN O CALDERON LITHGOW
    ALEJANDRO OLIVERAS RIVERA
    VAPR FEDERAL CREDIT UNION